**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUPE ELIZABETH ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,[1]<br><br>    Defendant. | Case No.: 1:21-cv-00710 JLT HBK<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT, AND REMANDING CASE TO COMMISSIONER<br><br>(Docs. 1, 20, 23, 26) |

Lupe Elizabeth Anderson initiated this action seeking judicial review of a final decision of the Commissioner of Social Security. (Doc. 1, 20.) The assigned magistrate judge found "the ALJ did not provide clear and convincing reasons, supported by substantial evidence, for rejecting Plaintiff's symptom claims." (Doc. 26 at 10; *see also id.* at 6-10.) Therefore, the magistrate judge recommended Plaintiff's motion for summary judgment be granted, Defendant's construed cross-motion for summary judgment be denied, and the decision be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (*Id.* at 11.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 26 at 11-12.) The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on

---

[1] The Court has substituted Martin O'Malley, who has been appointed the Acting Commissioner of Social Security, as the defendant in this suit. *See* Fed. R. Civ. P. 25(d).

appeal." (*Id.* at 12, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections were filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on January 5, 2024 (Doc. 26) are **ADOPTED** in full.
2. Plaintiff's Motion for Summary Judgment (Doc. 20) is **GRANTED**.
3. Defendant's construed Cross-Motion for Summary Judgment (Doc. 23) is **DENIED**.
4. Pursuant to sentence four of 42 U.S.C.§ 405(g), the Court **REVERSES** the Commissioner's decision and **REMANDS** the case back to the Commissioner of Social Security for further proceedings.
5. The Clerk shall enter judgment in favor of Plaintiff and close this case.

IT IS SO ORDERED.

Dated: **January 25, 2024**

UNITED STATES DISTRICT JUDGE