# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE ELIZABETH ANDERSON,<br><br>   Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security[1],<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:21-cv-0710 JLT HBK<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 29) |

   Lupe Elizabeth Anderson and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,250.00 pursuant to the Equal Access to Justice Act.  (Doc. 29 at 1.)  Accordingly, the Court **ORDERS**, subject to the terms of the parties' stipulation:  Plaintiff is **AWARDED** fees and expenses in the amount of $7,250.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

  Dated: __**April 29, 2024**__

             _Jennifer L. Thurston_
             UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Martin O'Malley as the defendant in this action.